Eddie ADAMS, Appellant,

v.

Jack D. CRUMP, Executor of the Estate of Lora D. ADAMS, Appellee.

Court of Appeals of Kentucky.

May 4, 1973.

John W. Beard, Beard, Rummage & Kamuf, Owensboro, for appellant.

Clarence Bartlett, Bartlett, McCarroll & Nunley, Owensboro, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Earl J. HARTLAGE et al., Appellants,

v.

James HALLAHAN et al., Appellees.

Court of Appeals of Kentucky.

May 9, 1973.

James C. Hickey, John O'Mara, Louisville, for appellants.

J. Bruce Miller, Max J. Goldsmith, Louisville, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.